# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 12, 2019

158664

DAYSTAR SELLER FINANCING, LLC,
        Plaintiff/Counterdefendant-
        Appellee,

v

PATRICK HUNDLEY,
        Defendant/Counterplaintiff/
        Third-Party Plaintiff-Appellant,

and

DAVID BYKER,
        Counterdefendant/Third-Party
        Defendant-Appellee,

and

JACO RENTALS, LLC, LOST BEACH
PROPERTIES, LLC, and BYKER &
ASSOCIATES, INC.,
        Third-Party Defendants-Appellees.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158664
COA: 339467
Ottawa CC: 15-004120-CK

On order of the Court, the application for leave to appeal the September 27, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 12, 2019



a0605

Clerk